```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

**THE TERMINIX INTERNATIONAL COMPANY, L.P.,**

    **Plaintiff,**

v.                                                      Cv. No. 02-2659-Ma

**BUCKEYE TERMINIX COMPANY, INC.,**

    **Defendant.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed March 23, 2006.

**APPROVED:**

s/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

March 23, 2006                          THOMAS M. GOULD
DATE                                    CLERK

                                                                                                  s/ Sandra McClain
                                                                                                  (By) DEPUTY CLERK